**B6I (Official Form 6I) (12/07)**

In re **Benny Simms, Jr.**
**Tawanna Jean Simms**
Debtor(s)

Case No. **08-35505**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** | AGE(S): **14** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Maintenance Supervisor** | **Residential Manager** |
| Name of Employer | **Landmark Property Services** | **Summerdale / Ripley Ronald** |
| How long employed | **7 months** | **3 years** |
| Address of Employer | **4901 Dickens Road** **Richmond, VA** | **808 Newtown Road** **Virginia Beach, VA** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **4,160.00** | $ **3,071.55** |
| 2. Estimate monthly overtime | $ **864.50** | $ **0.00** |
| 3. SUBTOTAL | $ **5,024.50** | $ **3,071.55** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **1,146.69** | $ **459.16** |
|    b. Insurance | $ **89.33** | $ **33.35** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify) **See Detailed Income Attachment** | $ **37.35** | $ **108.79** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **1,273.37** | $ **601.30** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **3,751.13** | $ **2,470.25** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,751.13** | $ **2,470.25** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **6,221.38** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re **Benny Simms, Jr.**
**Tawanna Jean Simms**
Debtor(s)

Case No. **08-35505**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| **Aflac** | $ 0.00 | $ 43.29 |
| **Dental** | $ 0.00 | $ 55.01 |
| **Short-term Disability** | $ 0.00 | $ 10.49 |
| **std** | $ 37.35 | $ 0.00 |
| **Total Other Payroll Deductions** | $ 37.35 | $ 108.79 |

B6J (Official Form 6J) (12/07)

In re **Benny Simms, Jr.
Tawanna Jean Simms**                                                  Case No. **08-35505**
                                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ **1,195.00** |
| a. Are real estate taxes included?  Yes ___  No **X** | | |
| b. Is property insurance included?  Yes ___  No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ **200.00** |
| b. Water and sewer | | $ **90.00** |
| c. Telephone | | $ **155.00** |
| d. Other **See Detailed Expense Attachment** | | $ **220.00** |
| 3. Home maintenance (repairs and upkeep) | | $ **80.00** |
| 4. Food | | $ **600.00** |
| 5. Clothing | | $ **100.00** |
| 6. Laundry and dry cleaning | | $ **83.64** |
| 7. Medical and dental expenses | | $ **410.00** |
| 8. Transportation (not including car payments) | | $ **500.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ **120.00** |
| 10. Charitable contributions | | $ **520.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ **50.00** |
| b. Life | | $ **205.00** |
| c. Health | | $ **0.00** |
| d. Auto | | $ **120.00** |
| e. Other ___ | | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **1/12th Personal Property Tax** | | $ **40.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ **400.00** |
| b. Other **Leased furniture from Aaron's (washer/dryer)** | | $ **85.00** |
| c. Other **Second Car Payment** | | $ **405.00** |
| 14. Alimony, maintenance, and support paid to others | | $ **0.00** |
| 15. Payments for support of additional dependents not living at your home | | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ **0.00** |
| 17. Other **See Detailed Expense Attachment** | | $ **439.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **6,017.64** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Note of explanation: Son has braces that currently cost the family approximately $145 per month. Son also suffers from Crohn's disease**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | | $ **6,221.38** |
| b. Average monthly expenses from Line 18 above | | $ **6,017.64** |
| c. Monthly net income (a. minus b.) | | $ **203.74** |

**B6J (Official Form 6J) (12/07)**

In re **Benny Simms, Jr.**
**Tawanna Jean Simms**      Case No. **08-35505**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| cell phones | $ 180.00 |
| house alarm | $ 40.00 |
| **Total Other Utility Expenditures** | $ **220.00** |

**Other Expenditures:**

| | |
|---|---:|
| hair and personal care | $ 100.00 |
| Emergency Funds | $ 100.00 |
| Expense for education of child under 18 | $ 100.00 |
| Gym membership | $ 99.00 |
| House alarm | $ 40.00 |
| **Total Other Expenditures** | $ **439.00** |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHAPTER 13 PLAN - AMENDED
## AND RELATED MOTIONS

Name of Debtor(s):    **Benny Simms, Jr.**
**Tawanna Jean Simms**                              Case No:    **08-35505**

This plan, dated   **March 30, 2010**  , is:

☐    the *first* Chapter 13 plan filed in this case.
■    a modified Plan, which replaces the
■confirmed or ☐unconfirmed Plan dated **11/3/2008**.

Date and Time of Modified Plan Confirming Hearing:
**June 9, 2010 @ 9:00 am**
Place of Modified Plan Confirmation Hearing:
**701 East Broad Street, Crtrm 5000 Richmond, VA 23219**

The Plan provisions modified by this filing are:
**Attorney's Fees added to plan.  Maintains original 7% payout to unsecured creditors.**

Creditors affected by this modification are:
**ALL**

**NOTICE: YOUR RIGHTS WILL BE AFFECTED. You should read these papers carefully. If you oppose any provision of this Plan, or if you oppose any included motions to (i) value collateral, (ii) avoid liens, or (iii) assume or reject unexpired leases or executory contracts, you MUST file a timely written objection.**

**This Plan may be confirmed and become binding, and the included motions in paragraphs 3, 6, and 7 to value collateral, avoid liens, and assume or reject unexpired leases or executory contracts may be granted, without further notice or hearing unless a written objection is filed not later than seven (7) days prior to the date set for the confirmation hearing and the objecting party appears at the confirmation hearing.**

The debtor(s)' schedules list assets and liabilities as follows:

Total Assets: **$44,707.69**
Total Non-Priority Unsecured Debt: **$28,203.87**
Total Priority Debt: **$4,019.15**
Total Secured Debt: **$36,424.03**

1. **Funding of Plan.** The debtor(s) propose to pay the trustee the sum of **$200.00 Monthly for 60 months**. Other payments to the Trustee are as follows:   **NONE**   . The total amount to be paid into the plan is $   **12,000.00**   .

2. **Priority Creditors.** The Trustee shall pay allowed priority claims in full unless the creditor agrees otherwise.

    A. **Administrative Claims under 11 U.S.C. § 1326.**

    1. The Trustee will be paid the percentage fee fixed under 28 U.S.C. § 586(e), not to exceed 10%, of all sums disbursed except for funds returned to the debtor(s).
    2. Debtor(s)' attorney will be paid $   **2,800.00**   balance due of the total fee of $   **3,000.00**   concurrently with or prior to the payments to remaining creditors.

    B. **Claims under 11 U.S.C. §507.**
    The following priority creditors will be paid by deferred cash payments pro rata with other priority creditors or in monthly installments as below, except that allowed claims pursuant to 11 U.S.C. § 507(a)(1) will be paid prior to other priority creditors but concurrently with administrative claims above:

| Creditor | Type of Priority | Estimated Claim | Payment and Term |
|---|---|---|---|
| **Commonwealth of Virginia** | **Taxes and certain other debts** | 1.00 | Prorata 23 months |
| **Commonwealth of Virginia** | **Taxes and certain other debts** | 1.00 | Prorata 23 months |
| **Commonwealth of Virginia** | **Taxes and certain other debts** | 1.00 | Prorata 23 months |
| **Virginia Child Support Service** | **Domestic support obligations** | 3,785.62 | Prorata 23 months |
| **Virginia Dep't of Taxation** | **Taxes and certain other debts** | 280.21 | Prorata 23 months |

3. **Secured Creditors: Motions to Value Collateral ("Cramdown"), Collateral being Surrendered, Adequate Protection Payments, and Payment of certain Secured Claims.**

    A. **Motions to Value Collateral (other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) or by the final paragraph of 11 U.S.C. § 1325(a)). Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion to value collateral as set forth herein.**

    This section deals with valuation of certain claims secured by real and/or personal property, other than claims protected from "cramdown" by 11 U.S.C. § 1322(b)(2) [real estate which is debtor(s)' principal residence] or by the final paragraph of 11 U.S.C. § 1325(a) [motor vehicles purchased within 910 days or any other thing of value purchased within 1 year before filing bankruptcy], in which the replacement value is asserted to be less than the amount owing on the debt. **Such debts will be treated as secured claims only to the extent of the replacement value of the collateral. That value will be paid with interest as provided in sub-section D of this section. You must refer to section 3(D) below to determine the interest rate, monthly payment and estimated term of repayment of any "crammed down" loan. The deficiency balance owed on such a loan will be treated as an unsecured claim to be paid only to the extent provided in section 4 of the Plan.**
    The following secured claims are to be "crammed down" to the following values:

| Creditor | Collateral | Purchase Date | Est Debt Bal. | Replacement Value |
|---|---|---|---|---|
| -NONE- | | | | |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B. **Real or Personal Property to be Surrendered.**

Upon confirmation of the Plan, or before, the debtor(s) will surrender his/her/their interest in the collateral securing the claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims. To the extent that the collateral does not satisfy the claim, any timely filed deficiency claim to which the creditor is entitled may be paid as a non-priority unsecured claim. Confirmation of the Plan shall terminate the automatic stay as to the interest of the debtor(s) and the estate in the collateral.

| Creditor | Collateral Description | Estimated Value | Estimated Total Claim |
|---|---|---:|---:|
| **Citi Auto** | 2006 Chevrolet Malibu   30,563 mi SURRENDERING  orig valued at: 12340 | 7,590.83 | 25,166.35 |
| **Colonial Crossings of Williams** | Bi-yearly timeshare estate Colonial Crossings of Williamsburg Great Eastern Resort Corporation 200 English Garden Way Williamsburg, VA 23188 SURRENDERING | 1,000.00 | 1.00 |
| **Mountainside Villas Owner Asso** | Timeshare estate Moutside Villa Massanutten, VA SURRENDERING | 1,000.00 | 1,000.00 |

C. **Adequate Protection Payments.**

The debtor(s) propose to make adequate protection payments required by 11 U.S.C. § 1326(a) or otherwise upon claims secured by personal property, until the commencement of payments provided for in sections 3(D) and/or 6(B) of the Plan, as follows:

| Creditor | Collateral Description | Adeq. Protection Monthly Payment | To Be Paid By |
|---|---|---:|---:|
| **Central Furniture Company, Inc** | Living room set | 50.00 | trustee |

Any adequate protection payment upon an unexpired lease of personal property assumed by the debtor(s) pursuant to section 6(B) of the Plan shall be made by the debtor(s) as required by 11 U.S.C. § 1326(a)(1)(B) (payments coming due after the order for relief).

D. **Payment of Secured Claims on Property Being Retained (except only those loans provided for in section 5 of the Plan):**

This section deals with payment of debts secured by real and/or personal property [including short term obligations, judgments, tax liens and other secured debts]. After confirmation of the Plan, the Trustee will pay to the holder of each allowed secured claim, which will be either the balance owed on the indebtedness or, where applicable, the collateral's replacement value as specified in sub-section A of this section, **whichever is less**, with interest at the rate provided below, the monthly payment specified below until the amount of the secured claim has been paid in full. **Upon confirmation of the Plan, the valuation and interest rate shown below will be binding unless a timely written objection to confirmation is filed with and sustained by the Court.**

| Creditor | Collateral | Approx. Bal. of Debt or "Crammed Down" Value | Interest Rate | Monthly Paymt & Est. Term** |
|---|---|---:|---:|---:|
| **Central Furniture Company, Inc** | Living room set | 1,792.20 | 8.9% | Prorata 13 months |

E. **Other Debts.**

Debts which are (i) mortgage loans secured by real estate which is the debtor(s)' primary residence, or (ii) other long term obligations, whether secured or unsecured, to be continued upon the existing contract terms with any existing default in payments to be cured pursuant to 11 U.S.C. § 1322(b)(5), are provided for in section 5 of the Plan.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                                   Best Case Bankruptcy

**4.     Unsecured Claims.**

   **A.     Not separately classified.** Allowed non-priority unsecured claims shall be paid pro rata from any distribution remaining after disbursement to allowed secured and priority claims. Estimated distribution is approximately __7__ %. The dividend percentage may vary depending on actual claims filed. If this case were liquidated under Chapter 7, the debtor(s) estimate that unsecured creditors would receive a dividend of approximately __0__ %.

   **B.     Separately classified unsecured claims.**

| Creditor | Basis for Classification | Treatment |
|---|---|---|
| -NONE- | | |

**5.     Mortgage Loans Secured by Real Property Constituting the Debtor(s)' Primary Residence; Other Long Term Payment Obligations, whether secured or unsecured, to be continued upon existing contract terms; Curing of any existing default under 11 U.S.C. § 1322(b)(5).**

   **A.     Debtor(s) to make regular contract payments; arrears, if any, to be paid by Trustee.** The creditors listed below will be paid by the debtor(s) pursuant to the contract without modification, except that arrearages, if any, will be paid by the Trustee either pro rata with other secured claims or on a fixed monthly basis as indicated below, without interest unless an interest rate is designated below for interest to be paid on the arrearage claim and such interest is provided for in the loan agreement.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Arrearage Interest Rate | Estimated Cure Period | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| **Coastal Credit Corp** | 2006 Mitsubishi Galant 39,165 mi   KEEPING | 400.00 | 0.00 | 0% | 0 months | |
| **Dt Credit** | 2003 Ford Expedition  59,115 mi   KEEPING | 405.00 | 0.00 | 0% | 0 months | |

   **B.     Trustee to make contract payments and cure arrears, if any.** The Trustee shall pay the creditors listed below the regular contract monthly payments that come due during the period of this Plan, and pre-petition arrearages on such debts shall be cured by the Trustee either pro rata with other secured claims or with monthly payments as set forth below.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate | Term for Arrearage | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

   **C.     Restructured Mortgage Loans to be paid fully during term of Plan.** Any mortgage loan against real estate constituting the debtor(s)' principal residence upon which the last scheduled contract payment is due before the final payment under the Plan is due shall be paid by the Trustee during the term of the Plan as permitted by 11 U.S.C. § 1322(c)(2) with interest at the rate specified below as follows:

| Creditor | Collateral | Interest Rate | Estimated Claim | Monthly Paymt& Est. Term** |
|---|---|---|---|---|
| -NONE- | | | | |

**6.     Unexpired Leases and Executory Contracts.** The debtor(s) move for assumption or rejection of the executory contracts and leases listed below.

   **A.     Executory contracts and unexpired leases to be rejected.** The debtor(s) reject the following executory contracts.

| Creditor | Type of Contract |
|---|---|
| **Comcast** | **Debtors reject lease and will not continue making regular payments** |

B. **Executory contracts and unexpired leases to be assumed.** The debtor(s) assume the following executory contracts. The debtor agrees to abide by all terms of the agreement. The Trustee will pay the pre-petition arrearages, if any, through payments made pro rata with other priority claims or on a fixed monthly basis as indicated below.

| Creditor | Type of Contract | Arrearage | Monthly Payment for Arrears | Estimated Cure Period |
|---|---|---|---|---|
| -NONE- | | | | |

7. **Liens Which Debtor(s) Seek to Avoid.**

   A. **The debtor(s) move to avoid liens pursuant to 11 U.S.C. § 522(f).** The debtor(s) move to avoid the following judicial liens and non-possessory, non-purchase money liens that impair the debtor(s)' exemptions. **Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion and cancel the creditor's lien.** If an objection is filed, the Court will hear evidence and rule on the motion at the confirmation hearing.

| Creditor | Collateral | Exemption Amount | Value of Collateral |
|---|---|---|---|
| -NONE- | | | |

   B. **Avoidance of security interests or liens on grounds other than 11 U.S.C. § 522(f).** The debtor(s) have filed or will file and serve separate pleadings to avoid the following liens or security interests. The creditor should review the notice or summons accompanying such pleadings as to the requirements for opposing such relief. The listing here is for information purposes only.

| Creditor | Type of Lien | Description of Collateral | Basis for Avoidance |
|---|---|---|---|
| -NONE- | | | |

8. **Treatment and Payment of Claims.**

   • All creditors must timely file a proof of claim to receive payment from the Trustee.
   • If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the Plan, the creditor may be treated as unsecured for purposes of distribution under the Plan. This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after the debtor(s) receive a discharge.
   • If a claim is listed in the plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the Plan.
   • The Trustee may adjust the monthly disbursement amount as needed to pay an allowed secured claim in full.

9. **Vesting of Property of the Estate.** Property of the estate shall revest in the debtor(s) upon confirmation of the Plan. Notwithstanding such vesting, the debtor(s) may not sell, refinance, encumber real property or enter into a mortgage loan modification without approval of the Court after notice to the Trustee, any creditor who has filed a request for notice and other creditors to the extent required by the Local Rules of this Court.

10. **Incurrence of indebtedness.** The debtor(s) shall not voluntarily incur additional indebtedness exceeding the cumulative total of $5,000 principal amount during the term of this Plan, either unsecured or secured against personal property, except upon approval of the Court after notice to the Trustee, any creditor who has filed a request for notice, and other creditors to the extent required by the Local Rules of this Court.

11. **Other provisions of this plan:**
    **The pre-confirmation adequate protection payment to applicable secured creditors shall be $50.00 per month.**

    **Secured creditors who are being paid post-petition directly by the debtor shall continue to mail to debtor all monthly billing statements.**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**Signatures:**

**Dated:** **March 30, 2010**

**/s/ Benny Simms, Jr.**  
**Benny Simms, Jr.**  
**Debtor**

**/s/ Richard Oulton**  
**Richard Oulton 29640**  
**Debtor's Attorney**

**/s/ Tawanna Jean Simms**  
**Tawanna Jean Simms**  
**Joint Debtor**

**Exhibits:**  **Copy of Debtor(s)' Budget (Schedules I and J);**
**Matrix of Parties Served with Plan**

Certificate of Service

I certify that on **March 30, 2010**, I mailed a copy of the foregoing to the creditors and parties in interest on the attached Service List.

**/s/ Richard Oulton**  
**Richard Oulton 29640**  
Signature

**P. O. BOX 5158**  
**GLEN ALLEN, VA 23058**  
Address

**804-747-7707**  
Telephone No.

Ver. 09/17/09 [effective 12/01/09]

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

```
Aaron's Lease C1195
5162 Nine Mile Rd
Richmond, VA 23223


Advanced Orthopaedic Centers
P.O. Box 843239
Boston, MA 02284-3239


Allianceone
1684 Woodlands Dr Ste 15
Maumee, OH 43537


Allied Interstate
Consumer Service Dep't
P.O. Box 361477
Columbus, OH 43236


Allied Interstate Inc
435 Ford Rd Ste 800
Minneapolis, MN 55426


American Collection Consultant
303 H St
Suite 320
Chula Vista, CA 91910


Antone C. Exum, DDS
P.O. Box 3749
Glen Allen, VA 23060


Applied Bank
601 Delaware Ave
Wilmington, DE 19801


Bcc Financial Manage
3230 W Commercial Blvd Ste 200
Fort Lauderdale, FL 33309


Bna Financial Bureau
8000 Safari Dr
Smyrna, TN 37167


BNA Financial Bureau, Inc
8000 Safari Dr.
Smyrna, TN 37167-6605
```

```
Bob Fletchers Painting
1268 Mountain Road
Glen Allen, VA 23059


Bon Secours



Bon Secours
c/o Greer Jackson


Bon Secours Richmond Health Sy
P.O. Box 28538
Richmond, VA 23228


Cavalry Port
7 Skyline Drive
Hawthorne, NY 10532


Cavalry Portfolio Serv
7 Skyline Dr Ste 3
Hawthorne, NY 10532


Central
3700 Mechanicsville Pike
Richmond, VA 23223


Central Furniture Company, Inc
3700 Mechanicsville PK
Richmond, VA 23223


Certegy Payment Recovery Serv.
11601 Roosevelt Blvd
Saint Petersburg, FL 33716


Citi Auto
2208 Highway 121 Ste 100
Bedford, TX 76021


City of Richmond
Department of Public Utilities
PO Box 26060
Richmond, VA 23274-0001
```

```
Clark & Bradshaw PC
92 North Liberty St
Harrisonburg, VA 22802


Cloverleaf Realty
11200 Leadbetter Road
Suite B
Ashland, VA 23005


Coastal Credit Corp
3633 Wheeler Rd Ste 250
Augusta, GA 30909


Collectcorp Corporation
300 International Dr.
Suite 100
Buffalo, NY 14221


Colonial Crossings
4050 Innslake Dr.
Suite 204
Glen Allen, VA 23060


Colonial Crossings of Williams
4050 Innslake Drive, Suite 204
Glen Allen, VA 23060


Comcast
P.O. box 492950
Lawrenceville, GA 30049-6679


Comcast
6510 Iron Bridge Rd
Richmond, VA 23234


Comcast
5401 Staples Mill Rd
Richmond, VA 23228-5421


Comcast Communications
P.O. Box 3005
Southeastern, PA 19398-3005
```

```
Commonwealth of Virginia
VA Dep't of Taxation
P.O. box 2369
Richmond, VA 23218-2369


Commonwealth of Virginia
Dep't of Taxation
P.O. Box 2369
Richmond, VA 23218-2369


Commonwealth Radiology PC
1510 Willow Lawn Drive, Suite
Richmond, VA 23230-3429


Credit Adjustment Bo
306 East Grace Street
Richmond, VA 23219


Credit Adjustment Board
306 East Grace Street
Richmond, VA 23219


Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007


Dominion Law Associates
222 Central Park Ave.
Virginia Beach, VA 23462-3026


Dr. Ray & Associates PC
7660 E Parham Rd #205
Richmond, VA 23294


Dt Credit
4020 E Indian School Rd
Phoenix, AZ 85018


Durgada V. Basava-Raj, M.D.
P.O. 70669
Richmond, VA 23255-0669
```

ECMC  
7325 Beaufont Springs Dr.  
Suite 200  
Richmond, VA 23225  

Ecmc  
101 5th St E Ste 2400  
Saint Paul, MN 55101  

ECMC  
P.O. Box 8809  
Richmond, VA 23225  

Great Eastern Resort Corp  
P.O. Box 6006  
Charlottesville, VA 22906  

Great Eastern Resort Corp  
P.O. Box 6006  
610 West Rio Rd  
Charlottesville, VA 22906  

Hof Laundry Systems Tidewater  
6640 Ammendale Rd  
Beltsville, MD 20705  

I C System Inc  
Po Box 64378  
Saint Paul, MN 55164  

Island National Group LLC  
6851 Jericho Turnpike  
Suite 180  
Syosset, NY 11791  

Jefferson Capital Systems  

Jolas & Associates LLP  
202 1st Street NW  
P.O. Box 4000  
Mason City, IA 50401

```
Kmart Corporations
Recovery Services Office
P.O. Box 8130
Palatine, IL 60078-8130


Land'or Williamsburg, LLC
200 English Garden Way
Williamsburg, VA 23188


MCI
P.O. Box 600670
Jacksonville, FL 32260-0670


Medical Specialists, VA Spec.
7702 Parham Rd, Ste 304
Richmond, VA 23294


Memorial Regional Med Ctr
P.O. Box 409438
Atlanta, GA 30384-9438


Meridian Financial Svc
21 Overland Industrial B
Asheville, NC 28806


Mountainside Villas Owner Asso
P.O. Box 1351
Harrisonburg, VA 22803


National Credit System
3800 Camp Creek Pkwy B18
Atlanta, GA 30331


National Credit Systems
P.O. Box 312125
Atlanta, GA 31131-2125


NCO Financial Sys - Kgport
P.O. Box 15273
Wilmington, DE 19850


NCO Financial Systems
1804 Washington Blvd
Dept. 600
Baltimore, MD 21230
```

```
NCO Financial Systems - KGPORT
P.O. Box 15273
Wilmington, DE 19850


NCO Financial Systems, Inc
1804 Washington Blvd, Dept 600
Baltimore, MD 21230


NCO Financial Systems, Inc.
P.O. Box 13585
Philadelphia, PA 19101-3585


New Bedford Corporation
P.O. Box 31476
Richmond, VA 23294


North Shore Agency
751 Summa Ave.
Westbury, NY 11590


Office of Customer Relations
Customer Service Section
P.O. Box 1115
Richmond, VA 23218-1115


Pellettieri & associates, LTD
P.O. Box 536
Linden, MI 48451-0536


Professional Recovery Services
P.O. Box 1880
Voorhees, NJ 08043-7880


Radiology
Virginia Physicians
P.O. Box 70188
Richmond, VA 23255-0188


Resort Funding LLC
P.O. Box 5122
Buffalo, NY 14240-5122
```

```
Retrival Masters Creditors Bur
2269 South Saw Mill River Rd
Building 3
Elmsford, NY 10523


Richmond Community
P.O. Box 28538
Richmond, VA 23228


Richmond Health System
St. Mary's Hospital
P.O. Box 409553
Atlanta, GA 30384-9553


Rjm Acq Llc
575 Underhill Blvd Ste 2
Syosset, NY 11791


Sallie Mae
1002 Arthur Drive
Lynn Haven, FL 32444


Select Financial Services, Inc
P.O. Box 1070
Jenkintown, PA 19046-7370


St Mary's Hospital



Steven W. Czarnota
P.O. Box 0369
Lake Park, GA 31636-0369


Transworld Systems
4560 South Boulevard #100
Virginia Beach, VA 23452


Unistates Ca Llc
2809 Wehrle Dr Ste 1
Williamsville, NY 14221


Universal Fidelity Lp
re: John Lee Jackson
1445 Langham Creek Dr.
Houston, TX 77084
```

```
Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842


Vec
703 East Main St
Richmond, VA 23219-3307


Verizon--Virginia
600 East Main St.
Richmond, VA 23219


Virginia Child Support Service
Richmond District Office
2106-C North Hamilton St.
Richmond, VA 23230-4106


Virginia Dep't of Taxation



Vital Recovery Services
P.O. Box 923747
Norcross, GA 30010-3747


West Asset Management
2703 N Highway 75
Sherman, TX 75090


West Asset Management
2703 North Hwy 75
Sherman, TX 75090


West End Orthopaedic Clinic
P.O. Box 35725
Richmond, VA 23235
```