UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:

BENNY SIMMS, JR.,
TAWANNA JEAN SIMMS,

    Debtors.                                   Case No: 08-35505-KRH

DT CREDIT CORPORATION,

    Movant,                                    Chapter 13

v.

BENNY SIMMS, JR.,
TAWANNA JEAN SIMMS,
CARL M. BATES, Trustee,

    Respondents.

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the Motion of DT Credit Corporation to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. Section 362 is modified to permit the Movant and its successors and assigns to enforce its rights under its security agreement to lawfully repossess and liquidate certain personal property, to-wit:

2003 Ford Expedition VIN # 1FMPU16W73LA23181

Jason L. Hamlin, VSB #46931
Melissa M. Watson Goode, VSB #73516
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510
(757) 625-6787
Attorneys for DT Credit Corporation

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-1212

Done at Richmond, Virginia, this _____ day of _____, 2012.

_____
Kevin R. Huennekens
United States Bankruptcy Judge

I ask for this:

/s/ Melissa M. Watson Goode
Melissa M. Watson Goode, Attorney for Movant

### CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form Order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.

/s/ Melissa M. Watson Goode
Melissa M. Watson Goode

### CERTIFICATE

I hereby certify that on January 05, 2012, a true copy of the foregoing Order was mailed, first class, postage prepaid to all necessary parties:  Richard James Oulton, Attorney for Debtors, at P.O. Box 5928, Glen Allen, VA  23058, Carl M. Bates, Trustee, at Post Office Box 1819, Richmond, VA 23218, and to Benny Simms, Jr. and Tawanna Jean Simms, Debtors, at 1123 Wilderness Drive, Richmond, VA  23231.

/s/ Melissa M. Watson Goode
Melissa M. Watson Goode

**Glasser and Glasser, P.L.C.**
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212

PARTIES TO RECEIVE COPIES:

Richard James Oulton, Esquire (Via electronic transmittal)

Carl M. Bates, Esquire (Via electronic transmittal)

Benny Simms, Jr.
Tawanna Jean Simms
1123 Wilderness Drive
Richmond, VA  23231

Melissa M. Watson Goode, Esquire (Via electronic transmittal)

**Glasser and Glasser, P.L.C.**
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510-2212